IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**VERSATA DEVELOPMENT GROUP, INC. and
VERSATA SOFTWARE, INC.,**
          **Plaintiffs,**

-vs-                                                Case No. A-12-CA-916-SS

**PLANVIEW, INC.,**
          **Defendant.**

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Joint Stipulation of Dismissal [#21] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Joint Stipulation of Dismissal [#21] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

    IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

    IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 11th day of March 2013.

*Sam Sparks*
UNITED STATES DISTRICT JUDGE

FILED
2013 MAR 11  PM 4:13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____